DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-0119 LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | |
| BETTY ELLEN ANDERSON, | |
| | Date: October 18, 2011 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michelle Prince, Assistant United States Attorney, and BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of August 30, 2011, be vacated and a new status conference hearing date of Tuesday, October 18, 2011, at 9:15 a.m., be set.

This continuance is being requested because additional time is needed for the government's examining physician to prepare a written report following his recent re examination of Ms. Anderson regarding physical competence to attend trial. In addition, the doctor also needs to review and incorporate recent hospitalization records into his report.

It is further stipulated and agreed between the parties that the time period from the date of the signing of this order, through and including October 18, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local

1  Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity
2  of defense counsel], and that the ends of justice to be served by granting the continuance outweigh the best
3  interest of the public and the defendant to a speedy trial.

Dated: August 25, 2011

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          */s/ Matthew C. Bockmon*
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          BETTY ELLEN ANDERSON

Dated: August 25, 2011          BENJAMIN B. WAGNER
          United States Attorney

          */s/ Matthew C.Bockmon for*
          MICHELLE PRINCE
          Assistant U.S. Attorney

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on August 31, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, August 30, 2011, be vacated and that the case be set for **Tuesday, October 18, 2011, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 18, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

Dated: August 30, 2011

          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT