| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
BETTY ELLEN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0119 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND TO EXCLUDE** |
| v. | ) **TIME** |
| | ) |
| BETTY ELLEN ANDERSON, | ) |
| | ) Date: November 22, 2011 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michelle Prince, Assistant United States Attorney, and BETTY ELLEN ANDERSON, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of October 18, 2011, be vacated and a new status conference hearing date of Tuesday, November 22, 2011, at 9:15 a.m., be set.

This continuance is being requested because defense counsel needs additional time to review the report recently received from the government, and to travel to consult with disabled client at her home.

It is further stipulated and agreed between the parties that the time period from the date of the signing of this order, through and including November 22, 2011, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel], and that the ends of justice to be served by granting the continuance outweigh

the best interest of the public and the defendant to a speedy trial.

Dated: October 14, 2011

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Matthew C. Bockmon*
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            BETTY ELLEN ANDERSON

Dated: October 14, 2011                          BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Matthew C.Bockmon for*
                                            MICHELLE PRINCE
                                            Assistant U.S. Attorney

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 17, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, October 18, 2011, be vacated and that the case be set for **Tuesday, November 22, 2011, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including November 22, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

Dated: October 17, 2011

                                                                LAWRENCE K. KARLTON
                                                                 SENIOR JUDGE
                                                                 UNITED STATES DISTRICT COURT