1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE A. PRINCE
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California  95814
4  Telephone: (916) 554-2758

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-CR-00119 LKK |
| | ) | |
| Plaintiff, | ) | ORDER EXCLUDING TIME |
| | ) | |
| v. | ) | |
| | ) | |
| BETTY ELLEN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The parties appeared before the Court on November 22, 2011, in case number 2:10-CR-119 LKK. Based upon the representations and agreement of all counsel, the parties request that the time beginning November 22, 2011, and extending through January 24, 2012, be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The exclusion of time is appropriate due to defense counsel's request that the defense medical expert be given sufficient time to examine Ms. Anderson. In addition, the government requires more time for further investigation in order to reach an appropriate resolution in this case. 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the time beginning November 22, 2011, and extending through January 24, 2012, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: November 23, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT