```
 1  BENJAMIN A. WAGNER
    United States Attorney
 2  MICHELLE A. PRINCE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2789

 5

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9
    UNITED STATES OF AMERICA,       )
10                                  )     2:07-CR-0119-LKK
                 Plaintiff,         )
11                                  )
                                    )
12                                  )     MOTION AND ORDER DISMISSING
                                    )     INDICTMENT
13  BETTY ELLEN ANDERSON, and       )
    TAMARA NICOLE ANDERSON          )
14                                  )
                 Defendant.         )
15  _____ )

16       Plaintiff United States of America, by and through Assistant

17  United States Attorney Michelle Prince, hereby moves, consistent

18  with the Principles of Federal Prosecution, to dismiss in the

19  interest of justice under Rule 48(a) of the Federal Rules of

20  Criminal Procedure the charge in the Indictment.

21       Given the defendant, Betty Anderson's medical condition, and

22  the unlikelihood that the defendant's condition will improve, the

23  government respectfully requests that the indictment be dismissed.

24  //
25  //
26  //
27  //
28  //
```

Respectfully submitted,

BENJAMIN A. WAGNER
United States Attorney

Dated: February 27, 2012

__/s/_____
MICHELLE A. PRINCE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

It is ordered that the above-captioned Indictment be hereby dismissed without prejudice against Betty Anderson and Tamara Nicole Anderson.

DATED: February 28, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT